IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY E. SLOAN, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JAMES P. CUNNINGHAM, )<br>    Defendant/Counterclaim Plaintiff, )<br> )<br>v. )<br> )<br>ECOVERY, LLC, )<br>    Counterclaim Defendant. ) | CIVIL ACTION NO. 1:16-00202-KD-C |

**JUDGMENT**

In accordance with the Order granting summary judgment in favor of Plaintiff Larry E. Sloan (Doc. 67) and the contemporaneously issued Order (Doc. 70) determining the amount due and a calculation of reasonable attorneys' fees and costs, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

Judgment is entered in favor of Sloan and against James P. Cunningham in the amount of **$288,355.68** for principal and interest up to and including the date of this Order, attorneys' fees in the amount of **$52,320.00**, and costs in the amount of **$4,495.74**, for a total of **$345,171.42**.

**DONE** the 18th day of January 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**