# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY E. SLOAN, | ) | |
| | ) | |
| Plaintiff/Counter-defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. CUNNINGHAM, | ) | CASE NO. 1:16-cv-00202-KD-C |
| | ) | |
| Defendant/Counter-plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ECOVERY, LLC, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF APPEAL

Comes now James P. Cunningham, defendant in the above-named case, who hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following: the final judgment entered on the 19th day of January, 2018 (Doc. 71), stemming from the underlying order granting summary judgment in favor of plaintiff Larry E. Sloan (Doc. 67).

Respectfully submitted,

*s/Michael M. Shipper*
MICHAEL M. SHIPPER (SHIPM7574)
Attorney for Defendant James P. Cunningham

**THE LAW FIRM OF**
**MICHAEL M. SHIPPER, P.C.**
201 S. Court Street, Suite 701
Florence, AL 35630
Telephone: 256-712-5047
Facsimile: 256-712-5174
E-mail: michael@shipperlaw.com

66037                    Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 16TH day of February, 2018, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of the foregoing by electronic filing notification and/or by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to the following:

Charles J. Potts, Esq.
Briskman & Binion, P.C.
P.O. Box 43
Mobile, AL  36601

*s/Michael M. Shipper*
MICHAEL M. SHIPPER