# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2018

Charles R. Diard Jr.
U.S. District Court
113 SAINT JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number:  18-10641-BB
Case Style:  Larry Sloan v. James Cunningham
District Court Docket No:  1:16-cv-00202-KD-C

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, BB/lt
Phone #: (404) 335-6179

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-10641-BB

_____

LARRY E. SLOAN,
ECOVERY, LLC,

                              Plaintiffs -
                              Counter Defendants -
                              Appellees,

versus

JAMES P. CUNNINGHAM,

                              Defendant -
                              Counter Claimant -
                              Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to Appellant James P. Cunningham's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 10, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Carol R. Lewis, BB, Deputy Clerk

FOR THE COURT - BY DIRECTION