IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY E. SLOAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| JAMES P. CUNNINGHAM, | * |
| | *   CASE NO. 1:16-CV-00202-KD-C |
| Defendant/Counterclaim Plaintiff, | * |
| | * |
| v. | * |
| | * |
| Ecovery, LLC, | * |
| | * |
| Counterclaim Defendant. | * |

## SATISFACTION OF JUDGMENT

Plaintiff, Larry E. Sloan ("Sloan"), hereby notifies the Court that Defendant, James P. Cunningham ("Cunningham"), has fully satisfied the judgment entered by this Court on January 18, 2018 (Doc. 71).

Respectfully submitted on February 11, 2020.

/s/ Charles J. Potts
MACK B. BINION (BINIM7778)
CHARLES J. POTTS (POTTC0053)
*Attorneys for Plaintiff/Counter-Claim Defendants*

OF COUNSEL:

**BRISKMAN & BINION, P.C**.
Post Office Box 43 (36601)
205 Church Street
Mobile, Alabama 36602
T: (251) 433-7600
F: (251) 433-4485
mbinion@briskman-binion.com
cpotts@briskman-binion.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon counsel of record listed below by electronic notice of the Court's CM/ECF online filing system in which same was e-filed on this the 11th day of February, 2020.

Michael M. Shipper
MICHAEL M. SHIPPER, P.C.
201 S. Court Street, Suite 701
Florence, AL 35630
michael@shipperlaw.com
*Attorney for Defendant, James P. Cunningham*

/s/ Charles J. Potts
OF COUNSEL